ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@Lewisbrisbois.com
CAYLA WITTY
Nevada Bar No. 12897
Cayla.Witty@Lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendant
THE CITY OF NORTH LAS VEGAS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| AUSTIN SCACCIA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THE CITY OF NORTH LAS VEGAS,<br><br>　　　　Defendant. | CASE NO. 2:16-cv-02241-JCM-VCF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

**IT IS HEREBY STIPULATED** by and among Plaintiff AUSTIN SCACCIA, appearing pro per, and Defendant CITY OF NORTH LAS VEGAS, by and through its attorneys of record, Robert W. Freeman, Jr., Esq., and Cayla Witty, Esq., of LEWIS BRISBOIS BISGAARD & SMITH LLP, that Plaintiff's Complaint

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

4831-6883-6161.1

/ / /

shall be dismissed with prejudice, and each party to bear their own costs and attorneys fees.

DATED this __ day of February, 2017.   DATED this 2d day of February, 2017.

_____   _____
AUSTIN SCACCIA   ROBERT W. FREEMAN
2105 Shadow Canyon Drive   Nevada Bar No. 3062
Henderson NV 89044   CAYLA WITTY
Plaintiff *in propria person*   Nevada Bar No. 12897
   LEWIS BRISBOIS BISGAARD &
   SMITH LLP
   6385 S. Rainbow Boulevard, Ste 600
   Las Vegas, Nevada 89118
   Attorneys for Defendant
   THE CITY OF NORTH LAS VEGAS

## ORDER

IT IS SO ORDERED.

DATED February 3, 2017.

_____
U.S. DISTRICT COURT JUDGE

4831-6883-6161.1

2