# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AUSTIN SCACCIA, | |
| Plaintiff(s), | Case No. 2:16-cv-02241-JCM-VCF |
| vs. | |
| CITY OF NORTH LAS VEGAS, | |
| Defendant(s). | |

Presently before the Court is the parties' stipulation to dismiss this action with prejudice. Docket No. 11. In light of this stipulation, the Early Neutral Evaluation currently scheduled for March 28, 2017, is hereby **VACATED**.

IT IS SO ORDERED.

Dated: February 3, 2017

NANCY J. KOPPE
United States Magistrate Judge